# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

GRAND LODGE OF PENNSYLVANIA, and
others similarly situated,

    Plaintiff,

v.                                     CASE NO: 8:07-cv-479-T-26EAJ

BRIAN P. PETERS, BRIAN F. GRIMES,
JUSTIN D. LOCKE, ANNE V. LEE, and
COAST FINANCIAL HOLDINGS, INC.,

    Defendants.
_____/

TROY RATCLIFF, individually and on behalf
of all others similarly situated,

    Plaintiff,                         CASE NO: 8:07-cv-504-T-26MAP

v.

COAST FINANCIAL HOLDINGS INC.,
BRIAN P. PETERS, BRIAN F. GRIMES and
JUSTIN D. LOCKE,

    Defendants.
_____/

DANIEL ALTENBURG, individually and on
behalf of all others similarly situated,

    Plaintiff,                         CASE NO. 8:07-cv-642-T-26TGW

v.

COAST FINANCIAL HOLDINGS INC.,
BRIAN P. PETERS, BRIAN F. GRIMES, and
JUSTIN D. LOCKE,

    Defendants.
_____/

# **O R D E R**

Upon due consideration of the parties' submissions, it is ordered and adjudged that

Proposed Lead Plaintiffs' Motion to Life the PSLRA Stay of Discovery or, Alternatively,

to Partially Lift the Discovery Stay and to Issue a Preservation Subpoena to Construction Compliance, Inc. (Dkt. 24) is denied.  The Court agrees with Defendants' basic contention that the proposed lead Plaintiffs have failed to establish exceptional circumstances that have come to light since they agreed to a stay order which would justify the Court in lifting that stay.  Furthermore, in the Court's view, the proposed lead Plaintiffs lack standing at this juncture of the proceedings to request a lifting of the stay inasmuch as the Court has yet to decide whether they will be designated the lead Plaintiffs in these cases.

      **DONE AND ORDERED** at Tampa, Florida, on June 18, 2007.

      s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
Counsel of Record