**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

GRAND LODGE OF PENNSYLVANIA, and all
others similarly situated,

    Plaintiff,

v.                                          CASE NO: 8:07-cv-479-T-26EAJ

BRIAN P. PETERS, BRIAN F. GRIMES,
JUSTIN D. LOCKE, ANNE V. LEE, and
COAST FINANCIAL HOLDINGS, INC.,

    Defendants.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged as follows:

1) The Joint Motion for Entry of a revised Scheduling Order (Dkt. 51) is granted.

2) Defendants shall file their responses to Plaintiff's consolidated class action complaint on or before December 3, 2007.

3) Plaintiff shall file its responses on or before February 1, 2008.

**DONE AND ORDERED** at Tampa, Florida, on October 23, 2007.

                                           s/*Richard A. Lazzara*
                                           **RICHARD A. LAZZARA
                                           UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record